# Morgan Lewis

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 06 2019 ★

BROOKLYN OFFICE

**Liliya P. Kramer**
Associate
212.309.6025
liliya.kramer@morganlewis.com

October 18, 2019

Attn: Clerk's Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Change of Address</u>

To whom it may concern:

I am admitted in the Eastern District of New York and am no longer active on the below cases:

Knights v. City University of New York et al – 1:19-cv-00480
Sosa v. New York City Department of Education et al – 1:2018cv00411
Wilson v. City of New York et al – 1:19 – cv-03362

I was formerly associated with:
New York City Law Department
100 Church Street
New York, New York 10007

I am now associated with:
Morgan, Lewis & Bockius
101 Park Avenue
New York, New York 10178

Please contact me at 212-309-6025 if you have any questions.

*L. Kramer*

Liliya Kramer

RD 11/8/19

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001

**Morgan Lewis**

101 Park Avenue
New York, NY 10178-0060
134664-1260   JG   76563

TO:

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201**

FIRST CLASS



ZIP 10178
02 4W
0000363020 OCT 23 2019

U.S. POSTAGE >> PITNEY BOWES
$ 000.00