UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALICE SOSA,

                Plaintiff,

   v.

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and MARCY BERGER, in her official
and individual capacities,

                Defendants.
-------------------------------------------------------------X

JUDGMENT

18-CV-411 (PKC) (MMH)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on April 22, 2024, granting Defendants' Motion for Summary Judgment in its entirety; dismissing this case with prejudice; it is

      ORDERED and ADJUDGED that Defendants' Motion for Summary Judgment is granted in its entirety; and that this action is dismissed with prejudice.

Dated: Brooklyn, New York
       April 23, 2024

                                              Brenna B. Mahoney
                                              Clerk of Court

                                  By:    */s/Jalitza Poveda*
                                                         Deputy Clerk